**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JAMAEKA WILSON-GANTT,

        Plaintiff,

v.                                            Case No:   6:22-cv-983-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

**ORDER**

On May 31, 2023, the Court issued an Order to Show Cause directed to Plaintiff regarding the failure to file a proper motion to proceed *in forma pauperis* and a completed civil cover sheet.  Doc. No. 34.  By that Order, the Court required Plaintiff, on or before June 7, 2023, to: (1) respond to the Order to Show Cause; (2) file a motion to proceed *in forma pauperis*, by completing an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form); and (3) file a completed civil cover sheet.  *Id.* at 2.  Besides filing a completed civil cover sheet, Doc. No. 36, however, Plaintiff has failed to comply with the Court's directives.  Instead, Plaintiff has filed a "Motion for Plaintiff to Be Declared Indigent" that fails

to comply with the Court's Local Rules,[1] does not respond to the Order to Show Cause, and attaches a non-compliant Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) dated May 27, 2022.   Doc. No. 35.

The Court would be acting within its authority to dismiss this matter for failure to comply with the May 31, 2023 Order to Show Cause.   *See* Doc. No. 34, at 2 ("Failure to comply with this Order may result in the dismissal of this case without further notice.").   However, due to the prejudice that could result to Plaintiff by dismissing this case, the Court will provide Plaintiff one final opportunity to rectify these deficiencies.

Accordingly, it is **ORDERED** that within **seven (7) days** of the date of this Order, Plaintiff shall file a completed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), as well as a response to the May 31, 2023 Order to Show Cause.[2]   Failure to comply with this Order **will** result in the dismissal of this case without further notice.   *See* Doc. No. 34.   *See also* Fed. R. Civ. P. 16(f); Local Rule 3.10.

---

[1] *See* Local Rules 1.08, 3.01(a), and 3.01(g).

[2] Alternatively, Plaintiff may pay the required filing fee on or before this date.   The Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) is available on the Court's website, https://www.flmd.uscourts.gov, by selecting "For Litigants," and "Litigants Without Lawyers," and then selecting "Forms."

**DONE** and **ORDERED** in Orlando, Florida on June 8, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties